IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

s/Christopher A. Boyko
**CHRISTOPHER A. BOYKO,
U.S. DISTRICT JUDGE**
Date: 8/20/2019

PELE SMITH, )
    Plaintiff, )   CASE NO.: 1:16-CV-02248
)
vs. )   JUDGE: CHRISTOPHER A. BOYKO
)
CITY OF LORAIN, et al., )   **STIPULATION OF DISMISSAL WITH PREJUDICE OF INDIVIDUAL DEFENDANTS**
)
    Defendants )

Pursuant to Fed. R. Civ. Proc. 41 (a) (1), now comes Plaintiff, Pele Smith, by and through counsel, Attorney Mark Petroff, and hereby gives notice of the stipulated dismissal with prejudice of the individual Defendants, Michael Gidich, Timothy, Thompson, Zachary Ferenec and Miguel Salgado. This stipulated dismissal is with prejudice.

Respectfully Submitted,

s/Mark G. Petroff
MARK G. PETROFF (0019634)
PETROFF LAW LLC
1288 Abbe Road North
Elyria, OH  44035
(440) 365-8800
(440) 365-2001 – Fax
E-Mail: mgp@petrofflaw.com

*Counsel for Plaintiff*

s/Patricia A. Rubright (per email consent)
TODD M. RASKIN  (0003625)
PATRICIA A. RUBRIGHT  (0009435)
MAZANEC, RASKIN & RYDER CO., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906
(440) 248-8861 – Fax
Email:  traskin@mrrlaw.com
          prubright@mrrlaw.com

*Counsel for Defendants City of Lorain, Cel Rivera, Zachary Ferenec, Timothy Thompson, Michael Gidich and Miguel Salgado*